ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 5:16 PM
CHRISTOPHER A. PRINE
CLERK

LEHOTSKY KELLER COHN LLP

7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
Scott A. Keller
scott@lkcfirm.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 5:16:49 PM
CHRISTOPHER A. PRINE
Clerk

November 14, 2025

**VIA E-FILE**

Christopher R. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

   RE: *In re AstraZeneca Pharmaceuticals LP*, No. 15-25-00088

Dear Mr. Prine:

   This mandamus action seeks to transfer this case alleging violations of the Texas Medicaid Fraud Prevention Act ("TMFPA") from Harrison County to Travis County. The petition was filed on May 9, 2025, and it has been fully briefed since July 31, 2025.

   Proceedings at the trial court in Harrison County have continued, and pursuant to the trial court's scheduling order, AstraZeneca filed a motion for summary judgment, as well as various pretrial motions, on October 22, 2025. We write to inform you now that the Harrison County trial court recently issued a notice of hearing in which it set AstraZeneca's motion for summary judgment for submission on December 17, 2025. In addition, the parties face a December 8, 2025, deadline to file pretrial materials.

   In light of these impending deadlines and the burdens of preparing for trial in a disputed venue, this Court's decision in this mandamus action will provide meaningful guidance during the lead-up to trial and will support the efficient administration of justice. AstraZeneca also recognizes that a written opinion from this Court could bear on how the parties structure and present their case at trial. *See, e.g., In re Sanofi-Aventis U.S. LLC*, 711 S.W.3d 732, 740 (Tex. App. [15th Dist.] 2025).

AstraZeneca submits this update respectfully and to ensure the Court is aware of the accelerating trial schedule and the practical consequences of continued proceedings while venue remains unsettled.

Respectfully submitted,

_/s/ Scott A. Keller_
Scott A. Keller

cc:    Hon. Brad Morin
       All Counsel of Record (via efile)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 108088034
Filing Code Description: Letter
Filing Description: AstraZeneca Status Letter
Status as of 11/17/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 11/14/2025 5:16:49 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 11/14/2025 5:16:49 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 11/14/2025 5:16:49 PM | SENT |
| William Peterson | 24065901 | william.peterson@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 11/14/2025 5:16:49 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 11/14/2025 5:16:49 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 11/14/2025 5:16:49 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/14/2025 5:16:49 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 108088034
Filing Code Description: Letter
Filing Description: AstraZeneca Status Letter
Status as of 11/17/2025 7:02 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/14/2025 5:16:49 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 11/14/2025 5:16:49 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| joel leach | | jleach@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| Cynthia Lu | | cynthia.lu@oag.texas.gov | 11/14/2025 5:16:49 PM | ERROR |
| Angel Devine | | adevine@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 11/14/2025 5:16:49 PM | SENT |
| Ryan McCarthy | | ryan.mccarthy@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| Bradie Williams | | bradie.williams@morganlewis.com | 11/14/2025 5:16:49 PM | SENT |
| Joshua Morrow | | josh@lkcfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Scott Keller | | scott@lkcfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 11/14/2025 5:16:49 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 11/14/2025 5:16:49 PM | SENT |